ˋ FLOYD *et al. v.* BELL.

WYATT, Justice. "A plaintiff in ejectment must recover on the strength of his own title, and not on the weakness of the defendant's title." Code, § 33-101. Taken as a whole, the evidence adduced on the trial of this ejectment suit was too vague and indefinite to show title in the plaintiffs, by virtue of inheritance, through parties dying years ago; and the trial court did not err, at the conclusion of evidence offered by both sides, in directing a verdict for the defendant, who, according to the plaintiffs' evidence, had been in possession of the premises for a long number of years prior to the institution of the suit. *Anderson* v. *Robinson*, 75 *Ga.* 375 (2).

*Judgment affirmed. All the Justices concur.*

No. 15767. APRIL 19, 1947. REHEARING DENIED MAY 16, 1947.

*D. W. Krauss,* for plaintiffs.
*Gowen, Conyers & Dickey,* for defendants.